# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.  09-21472-Civ-COOKE/BANDSTRA

UNITED STATES OF AMERICA,

     Plaintiff

vs.

BELCORP OF AMERICA, INC., *et al.*,

     Defendants.

_____/

### JUDGMENT AGAINST DEFENDANT LEADER TOBACCO COMPANY

THIS CASE is before me on the Plaintiff's notice of Defendant Leader Tobacco's unpaid balance.  On September 15, 2010, I granted the Plaintiff's motion for summary judgment against Defendant Leader Tobacco, and allowed the Plaintiff additional time to file a statement setting out Leader Tobacco's current balance in arrears.  (Order Granting Mot. for Summ. J. 7-8, ECF No. 71). The Plaintiff's notice reveals that Leader Tobacco's current outstanding balance is $2,845,066.53 (Notice of Unpaid Balance, ECF No. 74 (citing Durant Decl. ¶ 3, ECF No. 74-1)).

The Plaintiff's Motion for Summary Judgment against Defendant Leader Tobacco Company having been granted, it is **ORDERED and ADJUDGED** that final judgment is entered in favor of the Plaintiff, United States of America, and against Defendant Leader Tobacco Company in the amount of **$2,845,066.53** in unpaid assessments and interest, for which sum let execution issue.  Post-judgment interest on this award/unpaid balance shall continue to accrue at the applicable legal rate.

**DONE and ORDERED** in chambers, at Miami, Florida, this 13th day of October 2010.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*